**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, § § § | | |
| *Plaintiff,* § § | Civil Action No. 2:15-cv-02052-JRG-RSP | |
| v. § § | **LEAD** | |
| AVON PRODUCTS, INC., § § § | | |
| *Defendant,* § | | |
| THE NEIMAN MARCUS GROUP LLC, § § | Civil Action No. 2:15-cv-02100-JRG-RSP | |
| *Defendant.* § | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion to Dismiss Pursuant to Rule 41(a)(2) With Prejudice of all claims and counterclaims asserted between Plaintiff Lexos Media IP, LLC and Defendant The Neiman Marcus Group LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Lexos Media IP, LLC and Defendant The Neiman Marcus Group LLC are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated May 25, 2016.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 13th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE